IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES LANCASTER et al. | CIVIL ACTION |
|---|---|
| v. | NO. 16-842 |
| PJM INTERCONNECTION, LLC | |

# O R D E R

**AND NOW**, this 15th day of August, 2016, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (ECF 12) is **DENIED**.

BY THE COURT:

*/s/ Michael M. Baylson*

Michael M. Baylson, U.S.D.J.

O:\CIVIL 16\16-842 LANCASTER V PJM INTERCONNECTION, LLC\ORDER DENYING MOTION TO DISMISS AMENDED COMPLAINT.DOCX