IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LANCASTER, et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-842 |
| | : | |
| PJM INTERCONNECTION, LLC | : | |

## O R D E R

**AND NOW, TO WIT:** this 19TH  day of October, 2017, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, each party to bear their own costs.

BY THE COURT:

_/s/ David R. Strawbridge, USMJ_____
DAVID R. STRAWBRIDGE
U.S. MAGISTRATE JUDGE